JJ:SA
F.#2009R01653

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MIGUEL CEPEDA and
RAFAEL PEREZ-VALERIO,

               Defendants.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 27 2009 ★

BROOKLYN OFFICE

I N D I C T M E N T

CR 09        606

(T. 21, U.S.C., §§ 846
and 841(b)(1)(B)(i);
T. 18, U.S.C., §§ 3551
et seq.)

JOHNSON, J
CARTER, M.J.

THE GRAND JURY CHARGES:

CONSPIRACY TO DISTRIBUTE HEROIN

On or about August 13, 2009, within the Eastern District of New York and elsewhere, the defendants MIGUEL CEPEDA and RAFAEL PEREZ-VALERIO, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 100 grams or more of a substance containing heroin, a Schedule I

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(B)(i); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2009R01653
FORM DBD-34
JUN 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

MIGUEL CEPEDA and RAFAEL PEREZ-VALERIO

Defendants.

## INDICTMENT

(T. 21, U.S.C., §§ 846 and 841(b)(1)(B)(i); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
                    *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                        *Clerk*

*Bail, $* _____

*Shreve Ariail, Assistant U.S. Attorney (718) 254-6616*